IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL WILLIAMS #40952            PLAINTIFF

v.            No: 3:19-cv-00164 JM-PSH

T. RAYMOND, *et al.*            DEFENDANTS

## ORDER

Plaintiff Michael Williams filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 3, 2019 (Doc. No. 1). On June 6, 2019, the Court entered an order directing Williams to submit the full $400.00 filing and administrative fees or file a fully completed and signed *in forma pauperis* application within 30 days. *See* Doc. No. 2. Williams was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Williams has not complied or otherwise responded to the June 6 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Williams's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 15th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE