IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL WILLIAMS                                                                        PLAINTIFF
#40952

v.                                    No: 3:19-cv-00164 JM-PSH

T. RAYMOND, *et al.*                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 15th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE